CITY OF NEW YORK, Respondent, v ZURICH AMERICAN INSURANCE COMPANY, Appellant.

Submitted June 30, 2014; decided September 18, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

LAQUANA CONRAD, Appellant, v APOLONIA ALICEA et al., Respondents.

Submitted July 7, 2014; decided September 18, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of EMPIRE STATE REALTY TRUST, INC. INVESTOR LITIGATION.

LEON MEYERS et al., Respondents, and MARY JANE FALES et al., Intervenors-Plaintiffs-Appellants, v MALKIN HOLDINGS L.L.C. et al., Respondents.

Submitted July 7, 2014; decided September 18, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.